IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

     vs.                     4:06CR00136-02-WRW

TRAVIS PRICE

ORDER

A Hearing was held this date in <u>United States of America v Travis Price,</u> 4:06CR00330-01-WRW.  At the conclusion of that Hearing, the Government made an oral motion to dismiss the Indictment filed against the separate defendant, Travis Price in this case.  The motion was GRANTED and the Indictment against Mr. Price is dismissed.

IT IS SO ORDERED this 3rd day of April, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

orddismindictment.wpd